# EXHIBIT B

**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5000
Facsimile: (202) 418-5937

Division of Enforcement

## *SUBPOENA DUCES TECUM*

TO:   Citibank, N.A.
      Legal Services Intake Unit
      1 Court Square, 31st Floor
      Long Island City, NY 11120

**YOU ARE HEREBY COMMANDED** to deliver to Timothy J. Mulreany, Danielle Karst, or other officers of the Commodity Futures Trading Commission ("Commission" or "CFTC"), all books, papers, documents and other tangible things, including recordings, disks, tapes and other electronic data compilations, specified in the attached Schedule A. Those materials are to be provided to representatives of the CFTC's Division of Enforcement, 1155 21st Street NW, Washington, DC, 20581 at or before 4:00 p.m. on the ___ **of February, 2018**, in connection with the investigation in the matter of:

### *CERTAIN PERSONS ENGAGED IN FRAUD WITH RESPECT TO POOLED INVESTMENTS AND/OR MANAGED ACCOUNTS*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**FAILURE TO COMPLY WITH THIS SUBPOENA MAY RESULT IN THE COMMENCEMENT OF A LEGAL ACTION IN THE UNITED STATES DISTRICT COURT TO COMPEL COMPLIANCE WITH THE REQUIREMENTS HEREOF.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Issued February___, 2018, at Washington, D.C. by:

_____
Danielle Karst
Division of Enforcement
Commodity Futures Trading Commission

# RETURN OF SERVICE

In the case of a natural person:

[ ]   handing it to the person named herein.

[ ]   leaving it at the person's office with the person in charge, namely:

[ ]   leaving it at the person's office in a conspicuous place, to wit:

[ ]   leaving it at the person's usual place of abode, namely:

[ ]   mailing by certified or registered mail to the following address:

[ ]   another method by which actual notice is given, to wit:

In the case of service upon other than a natural person:

[ ]   handing it to a registered agent for service or other officer, director or agent in charge of such office, namely (name & title):

[ ]   mailing by certified or registered mail to such agent or representative, namely (name, title & address):

[x]   another method by which actual notice is given, to wit:

   **UPS Delivery to:**

   Citibank, N.A.
   Legal Services Intake Unit
   1 Court Square, 31st Floor
   Long Island City, NY 11120

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I served this subpoena in accordance with the method noted above.*

_____                _____
Date                                                                               Signature

2

**SCHEDULE A**

**INSTRUCTIONS**

The following instructions are expressly incorporated into each specific demand for production:

1. Scope. The scope of this subpoena includes all documents in the possession, custody, or control of Citibank, without regard to the physical location of such documents, relating to **Jin Choi** for the period **January 1, 2014 to the present** (the "**Relevant Period**").

2. Format. Documents shall be produced as they are maintained in the normal course of business, and thus if documents are maintained in electronic form, they should be produced in electronic form. Data must be produced in the data format in which it is typically used and maintained. A complete copy of each document should be submitted, even if only a portion of the document is responsive. The document shall not be edited, redacted, cut, or expunged and shall include all covering letters and memoranda, transmittal slips, appendices, tables or other attachments and all other documents referred to in the document or attachments.

3. Bates Labeling. Consecutively number, *i.e.* bates stamp, by page all documents in your submission and indicate the total number of documents in your submission. In your cover letter, please indicate by bates number the numbered item, category or lettered sub-item or sub-category in response to which the document is being produced.

4. Scanned Documents. To the extent that a responsive document has been electronically scanned (for any purpose), that document must be produced in a readable and accessible electronic format, and an opportunity provided to review the original document. Additionally, any scanned documents must be produced in accordance with the CFTC's Delivery Data Standards, attached to this subpoena as an exhibit. Additionally, for electronic mail, provide all responsive instant messages and email and, if applicable, email attachments and any related documents, in their native file format (*i.e.*, .pst for Outlook personal folder, .nsf for LotusNotes, etc.), with metadata intact.

5. Duty to Supplement. The obligations created by this subpoena are continuing, and your production shall be supplemented if you locate additional responsive documents in your possession. The specified materials shall be produced to the Commission as they are kept in the usual course of business or shall be organized and labeled to correspond with the categories in this subpoena.

6. Claims of Privilege. With respect to any and all documents requested herein that may be withheld on the ground of privilege, please furnish a detailed, comprehensive, and complete log or list specifying the following information:

  (a)  the nature, source, and date of the document;

  (b)  a description of the document's subject matter;

  (c)  the name and address of each recipient of the original or a copy of the document, together with the date or approximate date when each recipient received the document;

  (d)  the names and addresses of all other persons to whom the contents of the document have been disclosed, the date such disclosure took place, and the means of such disclosure; and

  (e)  the nature of the privilege or rule of law relied upon, including the identity of the person or persons asserting the privilege or rule as well as the legal basis for asserting that privilege or rule, or other reason for non-production.

7.  <u>Non-Production</u>.  With respect to any and all documents requested herein that are claimed to have been destroyed or otherwise to be no longer within the possession, custody, or control of Citibank, please furnish a detailed, comprehensive list containing the following information:

  (a)  the nature, source, and date of the document;

  (b)  a description of the document's subject matter;

  (c)  the reason for the document's destruction;

  (d)  the date the document was destroyed;

  (e)  the person who ordered or authorized such destruction;

  (f)  the custodian of the document on the date of destruction; and

  (g)  the names and addresses of all other persons to whom the contents of the document have been disclosed, the date such disclosure took place, and the means of such disclosure.

## **DEFINITIONS**

1. <u>Account</u>.  The term "**account**" shall be defined as any and all types of accounts for which your services are utilized or you act as a fiduciary.

2. <u>Commodity Futures Trading Commission</u>.  The terms "**Commission**" or "**CFTC**" refer to the U.S. Commodity Futures Trading Commission.

3. <u>Communication</u>.  The term "**communication**" refers to all manners of transmitting or receiving information, opinions, or thoughts, orally, in writing, in person, telephonically, electronically or otherwise.

4. <u>Concerning</u>.  The term "**concerning**" means referring to, describing, evidencing, or constituting.

5. <u>Document</u>.  The term "**document**" is synonymous in meaning and equal in scope to the broad usage of that term in Federal Rule of Civil Procedure 34(a).

6. <u>Person</u>.  The term "**person**" is defined as any natural person or any business, legal, or governmental entity or association.

7. <u>Possession</u>.  The term "**possession**" denotes actual or constructive possession.  For example, a document is in your possession if it is within your custody or control, if you have a legal or equitable right to obtain such document from another person, or if it is in your possession or that of any present or former officer, director, employee, partner, corporate parent, subsidiary, or affiliate thereof.

8. <u>Refer</u>.  "**Refer**" means to discuss, report on, review, consider, evaluate, or explain by direct mention of the subject matter of the request.

9. <u>Relate To</u>.  "**Relate to**" and any of its derivations means analyze, appraise, assess, characterize, comment on, concern, consider, constitute, contain, deliberate, delineate, describe, discuss, evaluate, evidence, explicate, pertain to, recommend, record, refer to, reflect, report on, set forth, show or study.

10. <u>You, Your, and Citibank.</u>  The terms "**you**," "**your**," and "**Citibank**" refer to Citibank, N.A. any and all of its parents, affiliates, subsidiaries, divisions, related corporations, partnerships, proprietorships, associations, or organizations, and all of their groups, offices, branches, departments, directors, principals, officers, partners, employees, consultants, agents, representatives, accountants, predecessors, or successors, wherever they may be situated, as well as banks acquired by or merged with Citibank.

**DOCUMENTS TO BE PRODUCED
BY CITIBANK PURSUANT TO SUBPOENA**

Any and all documents (from the time period spanning January 1, 2014 through the present) in your possession, custody or control that pertain to any and all accounts maintained with you in the name of Jin Choi (Year of Birth 1968, Passport Number XXXXX9185) including, but not limited to, documents pertaining to:

- Citibank account number XXXXXX0051
- Citibank account number XXXXXX1738

Documents to be produced pursuant to this subpoena include, but are not limited to, the following:

1. All account opening documents, regardless of date, including but not limited to signature cards, account applications, taxpayer identification cards, resolutions and financial statements, and powers of attorney;

2. All account statements;

3. For all withdrawals, copies of all checks (<u>front and back</u>), drafts, wire transfers or other debit instruments and any accompanying documentation for debits;

4. For all deposits, copies of all deposit tickets, credits and wire transfers or other instruments deposited and any accompanying documentation for credits;

5. For all loans or lines of credit, all applications and supporting documentation, non-approval documents, payment history and/or payment status, and all checks, wire transfers, bank transfers, or other methods of payment.

6. Copies of all correspondence between you and the above named individual and/or entity including, but not limited to, electronic mail, instant messages and audio recordings; and

7. All documents pertaining to all cashier's checks, manager's checks, bank checks, travelers checks, and money orders purchased or negotiated by the named entities, including, but not limited to, documents reflecting the means by which the checks or money orders were purchased, documents reflecting disbursement of the proceeds of any negotiated checks or money orders, applications for the purchase of the checks or money orders, retained copies of the checks or money orders (<u>front and back</u>); and

8. All account closing documents, regardless of date.