UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re INVESTIGATIVE SUBPOENA DIRECTED TOWARD BANK OF AMERICA, CITIBANK, HANIN FEDERAL CREDIT UNION, AND JPMORGAN CHASE BANK<br><br>Issued by<br>COMMODITY FUTURES TRADING COMMISSION,<br>Three Lafayette Centre<br>1155 21st Street, N.W.<br>Washington, D.C. 20581,<br><br>           Applicant. | **FILED UNDER SEAL**<br><br>Miscellaneous No.<br><br>18-mc-0015(RMC) |

### *EX PARTE* ORDER GRANTING APPLICATION FOR ORDER TO DELAY NOTICE OF INVESTIGATIVE SUBPOENAS PURSUANT 12 U.S.C. § 3409

Upon consideration of the Application of the Commodity Futures Trading Commission ("Commission") for an *Ex Parte* Order to Delay Notice of Investigative Subpoenas pursuant to 12 U.S.C. § 3409 (2012) ("Application") and Memorandum In Support thereof ("Memorandum") and the statements at a hearing in connection with an on-going investigation, for the reasons set forth therein, and based on the entire record herein,

**IT IS HEREBY ORDERED** that notification, to the extent required by the Right to Financial Privacy Act, 12 U.S.C. §§ 3401-22 (2012), with respect to the attached subpoenas directed to, Bank of America, Citibank, Hanin Federal Credit Union, and JPMorgan Chase Bank may be delayed for up to, but no more than, ninety (90) days from the date the attached subpoenas are served by the Commission.

**IT IS FURTHER ORDERED** that the financial institutions to which the attached subpoenas are directed, and their officers, employees and agents, are prohibited from disclosing that records have been obtained or that a request for records has been made.

**IT IS SO ORDERED** this 13th day of February, 2018.

_Rosemary M Collyer_
UNITED STATES DISTRICT JUDGE