UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re INVESTIGATIVE SUBPOENA DIRECTED TOWARD BANK OF AMERICA, CITIBANK, HANIN FEDERAL CREDIT UNION AND JPMORGAN CHASE BANK<br><br>Issued by<br>COMMODITY FUTURES TRADING COMMISSION,<br>Three Lafayette Centre<br>1155 21st Street, N.W.<br>Washington, D.C. 20581,<br><br>    Applicant. | **FILED UNDER SEAL**<br><br>**Miscellaneous No. 1:18-mc-00015 (RML)** |

## NOTICE OF ACTUAL NOTICE UNDER THE RFPA

On February 13, 2018, the Court issued an Order granting the Application of the Commodity Futures Trading Commission ("Commission" or "CFTC"), made pursuant to 12 U.S.C. § 3409 (2012), for an *ex parte* order to delay notice of investigative subpoenas that is required under the Right to Financial Privacy Act, 12 U.S.C. §§ 3401-3422 (2012) ("RFPA"), to a bank customer whose financial records the Commission seeks through investigative subpoenas. On February 9, 2018, the Court also issued an Order granting the Commission's Motion to Seal all records relating to the Application "until actual notice is provided to the subject individual of the subpoenas."

On May 18, 2018, the Commission provided notice to Jin Choi ("Choi"), the subject of the Commission's investigative subpoena, via hand delivery at his residence in Los Angeles, California 90025 (*see* Exhibit 1, Commission Letter to Jin Choi). Additionally, the Commission provided notice to Choi via United Parcel Service ("UPS") delivery on May 15, 2018. UPS

provided proof of delivery at the front door of Choi's residence in Los Angeles, California 90025.  Accordingly, the Commission respectfully recommends that the Court unseal this matter.  A proposed order to unseal is submitted herewith (*see* Exhibit 2).

    This Notice is filed under seal pursuant to the Court's February 9, 2018 Order granting the Commission's Motion to Seal.

Dated: May 18, 2018

Respectfully submitted,

/s/ Danielle Karst

TIMOTHY J. MULREANY
M.D. Bar No. 8812160123
DANIELLE KARST
D.C. Bar No. 481881
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-5000
tmulreany@cftc.gov
dkarst@cftc.gov