

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re INVESTIGATIVE SUBPOENA DIRECTED TOWARD BANK OF AMERICA, CITIBANK, HANIN FEDERAL CREDIT UNION, AND JPMORGAN CHASE BANK<br><br>Issued by<br>COMMODITY FUTURES TRADING COMMISSION,<br>Three Lafayette Centre<br>1155 21st Street, N.W.<br>Washington, D.C. 20581,<br><br>Applicant. | **FILED UNDER SEAL**<br><br>Miscellaneous No. 1:18-mc-00015 (RMC) |

## ORDER TO UNSEAL

On February 9, 2018, this Court granted the Commodity Futures Trading Commission's ("Commission" or "CFTC") Motion to Seal this Matter. On February 13, 2018, this Court granted the Commission's Application For An *Ex Parte* Order to Delay Notice of Investigative Subpoenas pursuant to 12 U.S.C. § 3409 (2012) ("Application"). The February 9, 2018 Order noted that the Commission requested that the records be maintained under seal until actual notice was provided to the subject of the subpoenas.

Upon consideration of the Commission's Notice of Actual Notice Under the RFPA ("Notice") and related documents, the Notice's representation that actual notice was provided on May 18, 2018, and the Commission's recommendation therein that the Court unseal this matter, along with the entire record in this case, it is hereby:

**ORDERED**, that the above matter is unsealed, and specifically, the Commission's Motion to Seal, Application, and all records related thereto are unsealed.

IT IS SO ORDERED this 22 day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE